■ NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, Appellant, v DAVIS, WRIGHT, TODD, REISE AND JONES, Respondent.—Order, Supreme Court, New York County (Harold Tompkins, J.), entered February 17, 1989, which denied plaintiff's motion for a default judgment against defendant, unanimously affirmed, with costs.

This is a companion case to *National Union Fire Ins. Co. v Davis, Wright, Todd, Reise & Jones* (157 AD2d 571). Contrary to plaintiff's contention, the trial court exercised proper discretion in denying the motion for a default judgment because defendant presented a reasonable excuse for the default and a prima facie showing of a meritorious defense (*Fidelity & Deposit Co. v Andersen & Co.,* 60 NY2d 693, 695). The latter is evident from this court's affirmance of the dismissal of the complaint in the companion case. Concur—Kupferman, J. P., Ross, Milonas, Rosenberger and Ellerin, JJ.